ACCEPTED
04-15-00100-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 11:30:03 AM
KEITH HOTTLE
CLERK



**Nicholas "Nico" LaHood**

**Criminal District Attorney**

Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 11:30:03 AM
KEITH E. HOTTLE
Clerk

June 30, 2014

Honorable Keith E, Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> RE:   Brandon Master v. The State of Texas
> Appellate Case No.  04-15-00100-CR
> Trial Court Case No. 2010-CR-4791W

Dear Mr. Hottle:

The Appellant's counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967).  It is asserted therein that no reversible error exists in the instant case. The State waives the right to file an Appellee's brief in response at this time, however, stands ready to respond should the Court find it necessary.

Thank you in advance for your consideration.

Sincerely yours,

/S/ Laura Durbin
LAURA DURBIN
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2411
S.B.N. 24068556                           cc:    Richard B. Dulany, Jr.
                                                 Assistant Public Defender
                                                 101 W. Nueva, Suite 370
                                                 San Antonio, Texas  78205
Attorney for the State

**Paul Elizondo Tower – 101 W. Nueva St., Fourth Floor - San Antonio, Texas 78205**
**(210) 335-2311**
**For Victim Assistance call (210) 335-2105**